

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2014

No. 04-13-00048-CR

**THE STATE OF TEXAS,**
Appellant

v.

Christopher Glen **ADAMS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR120324
Judge Spencer W Brown, Judge Presiding

## O R D E R

On July 23, 2014, the above styled cause was reinstated on this court's docket. We ordered the State to file any supplemental briefing no later than August 22, 2014.

On August 28, 2014, the State filed a motion for extension of time to file supplemental briefing. The motion for extension of time is **GRANTED**. Any supplemental briefing by the State is due to be filed no later than October 6, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court